RECEIVED & FILED

JAMES F. LISOWSKI, SR.,
Panel Bankruptcy Trustee
Nevada Bar No.: 4321
P.O. Box 95695
Las Vegas, NV 89193
(702) 737-6111

'09 AUG 31 P1 :27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

In re:  ) CASE NO.: BK-S-01-23232 LBR
SAXTON INCORPORATED ) Chapter 7 -- Liquidation
 )
SARATOGA LAND & DEVELOPMENT )
INC., )
dba SAXTON, INC., dba JIM SAXTON, )
IN )
 )
Address: ) Hearing Date: N/A
3800 HOWARD HUGHES PRKWY ) Hearing Time: N/A
LAS VEGAS, NV 89146

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| JOHNSON | Law Offices of Lavelle & Johnson<br>8831 W. Sahara Avenue<br>Las Vegas, NV 89117 | 4,205.82 |
| | TOTAL: $ | 4,205.82 |

Dated: _____   _____
James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

#192348   $4,205.82